IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TONY R. BARNES, RAYMOND M. BORGGREEN, ROGER W. RICHE, WESLEY M. PAUL, TAMARA A. RANSOM, SHANNON C. HUNTER, and REBECCA L. KEIDEL, on behalf of themselves and other past and present employees similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AKAL SECURITY, INC., KIIT COMPANY, INC., SIKH DHARMA OF NEW MEXICO, INC., UNTO INFINITY, LLC, FRED BUCHER, and JAMES KENOYER,<br><br>        Defendants. | Civil Action No. 04-CV-1350-DWB |

## ORDER

NOW on this 26th day of January, 2007, Plaintiffs' Application for Attorneys' Fees (Doc. 215) comes before the Court. The Court finds for good cause shown, that Plaintiffs' Application for Attorneys' Fees should be and hereby is GRANTED. Plaintiffs are authorized to receive attorney's fees in an amount calculated pursuant to the Joint Stipulation of Settlement and Release, which is filed under seal as Exhibit A to the Order Granting Stipulated Consent Judgment (Doc. 217).

    IT IS SO ORDERED.

                                      s/ DONALD W. BOSTWICK
                                    United States Magistrate Judge

Submitted by:

FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy., Suite 100
Wichita, Kansas  67206-4466
Telephone:  316-267-6371
Facsimile:  316-267-6345

By /s/ Boyd A. Byers
    Boyd A. Byers     # 16253